# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **BROWN & WILLIAMSON TOBACCO CORPORATION,** : : : | |
| Plaintiff, : : | Civil Action No. 5:09-CV-125(HL) |
| v. : : | |
| **CLAUDIA J. COLLIER, et al.,** : : | |
| Defendants. : | |

## ORDER

On April 20, 2009, Plaintiff Brown & Williamson Tobacco Corporation filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 4), seeking an order from this Court enjoining the Defendants from disposing of or intermingling with their own funds any portion of settlement proceeds received from Coliseum Medical Center.

At Brown & Williamson's request, the Court scheduled a hearing on the motion for June 11, 2009. Prior to presenting any argument, the parties announced that they had worked out an agreement on the preliminary injunction and would present a consent order for the Court's approval.

To date, the parties have not presented the promised consent order. Brown & Williamson, as the moving party, is ordered to either file a consent order regarding the

preliminary injunction for the Court's consideration or withdraw the motion for preliminary injunction by no later than July 24, 2009.

**SO ORDERED**, this the 14th day of July, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh