IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BROWN & WILLIAMSON TOBACCO CORPORATION, | |
| Plaintiff, | |
| | CIVIL ACTION |
| v. | FILE NO.: 5:09-CV-125 |
| CLAUDIA J. COLLIER AND TERRY D. COLLIER, | |
| Defendants. | |

## ORDER FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Brown & Williamson Tobacco Corporation filed a motion for a temporary restraining order and preliminary injunction pursuant to F.R.C.P. 65(a). The motion sought to enjoin the Defendants from disposing of or intermingling with their own funds any portion of the settlement proceeds they received from Coliseum Medical Center in the action styled *In The State Court of Bibb County, State of Georgia, Claudia Jean Collier and Terry D. Collier, Plaintiffs, v. Lisa Farmer, M.D., J. Michael Rothwell, M.D., Macon Surgical Associates and Coliseum Medical Center, Defendants, Civil Action File No.: 04-57448*. On the date of the scheduled hearing, the parties came to a resolution of the issues related to the motion. Defendants disclosed the settlement amount to Plaintiff pursuant to the Court's instruction, and informed Plaintiff that attorney fees were distributed from the settlement. Additionally, some expenditures were made by Defendants following the disbursement of the settlement funds. The parties hereby consent and agree that the amount remaining from the Defendants' settlement with Coliseum Medical Center is $70,000. Defendants agree to place the remaining amount in a non-interest bearing trust account pending the outcome of this action.

Respectfully Submitted:

s/*Heather S. Robinson*
HEATHER S. ROBINSON
Georgia Bar No. 142235
For the Firm
Attorney for Plaintiff
DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia  30305-4611
Telephone:  (404) 365-0102
Facsimile:   (404) 365-0134
Email:   hrobinson@dcplaw.com


s/*James E. Carter*
JAMES E.CARTER
Georgia Bar No. 114400
Attorney for Defendants
JAMES E. CARTER & ASSOCIATES
125 Park of Commerce Drive
Suite D
Savannah, GA  31405
Telephone:  (912) 236-7200
Facsimile:   (912) 236-4455
Email:   jcarter@carterfirm.net


The above Consent Order is hereby approved this the 27th day of July, 2009.


*s/   Hugh Lawson*
THE HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE